**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | <u>Mitchell v. Lamas, et al.</u> | : | CIVIL NO. 1:CV-08-1814 |
| | | : | |
| Inmate: | Sandra L. Mitchell | : | (Judge Conner) |
| | | : | |
| ID Number: | OK7667 | : | |

<u>**ORDER**</u>

On October 1, 2008, Sandra L. Mitchell, an inmate currently confined at the State Correctional Institution, Muncy, Pennsylvania, filed a civil rights complaint without submitting a filing fee or the proper forms required to proceed <u>in</u> <u>forma</u> <u>pauperis</u> in a civil rights case. By Administrative Order dated October 2, 2008, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, she either paid the statutory filing fee of $350.00 or filed a properly completed application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> and an authorization form.

After receiving correspondence from the Plaintiff requesting clarification of the prison procedures used in deducting funds for payment of filing fees, a Second Administrative Order was issued on November 6, 2008 which outlined the calculations used for payment of the filing fee in a civil rights case. The Plaintiff was also informed that this action could not proceed unless, within ten (10) days, she either paid the full $350.00 filing fee or submitted the proper application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> and an authorization form. Copies of the forms were again provided to the Plaintiff.

Ten (10) days have elapsed and the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge

DATE:    November 18, 2008